*State, Respondent, v. Rubio, Petitioner*, No. 91303-0. Petition for review of a decision of the Court of Appeals, No. 31988-1-III, January 8, 2015, 185 Wn. App. 387. *Denied* June 3, 2015.

*Gutierrez, Respondent, v. Olympia Sch. Dist., Petitioner*, No. 91306-4. Petition for review of a decision of the Court of Appeals, No. 44324-4-II, December 10, 2014, 184 Wn. App. 1059. *Denied* June 3, 2015.

*Gunn, Petitioner, v. Riely et al., Respondents*, No. 91317-0. Petition for review of a decision of the Court of Appeals, No. 45177-8-II, January 21, 2015, 185 Wn. App. 517. *Denied* June 3, 2015.

*State, Respondent, v. Njonge, Petitioner*, No. 91318-8. Petition for review of a decision of the Court of Appeals, No. 63869-6-I, January 12, 2015, 185 Wn. App. 1018. *Denied* June 3, 2015.

*State, Respondent, v. Milliken, Petitioner*, No. 91322-6. Petition for review of a decision of the Court of Appeals, No. 31897-4-III, January 22, 2015, 185 Wn. App. 1032. *Denied* June 3, 2015.

*Rath, Petitioner, v. Grays Harbor County, Respondent*, No. 91323-4. Petition for review of a decision of the Court of Appeals, No. 45076-3-II, January 21, 2015, 185 Wn. App. 1031. *Denied* June 3, 2015.

*State, Respondent, v. Hesselgrave, Petitioner*, No. 91324-2. Petition for review of a decision of the Court of Appeals, No. 44177-2-II, October 29, 2014, 184 Wn. App. 1021. *Denied* June 3, 2015.

*Beatty, Petitioner, v. Fish & Wildlife Comm'n et al., Respondents*, No. 91325-1. Petition for review of a decision of the Court of Appeals, No. 31409-0-III, January 15, 2015, 185 Wn. App. 426. *Denied* June 3, 2015.